UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 22-22** |
| v. | * | SECTION: "H" |
| **JOSEPH BREWTON** | * | |
| | * | |

\* \* \*

## STIPULATIONS FOR TRIAL

The following is hereby stipulated by and between the government and defendant Florence Randle.

**I. PHONE, TEXT, AND TOLL RECORDS:** the parties stipulate that the following records are authentic, belong to the individual listed below, and are hereby admitted without objection:

1. Subscriber, toll records and text message records for:

    a. (504) 723-6443, belonging to Damien Labeaud. (Bates nos. 126032-126036);

    b. (504) 518-1105, belonging to Mario Solomon. (Bates nos. 009747-009773);

    c. (504) 473-1052, belonging to Danny Patrick Keating. (Bates nos. 009805-009832, 126037-126058);

    d. (985) 870-8446, belonging to Joseph Brewton. (Bates nos. 008816 - 009625);

    e. (985) 791-3095, belonging to Henry Randle. (Bates nos. 000540-000712);

    f. (985) 791-1436, belonging to Florence Randle. (Bates nos. 009630-009659);

    g. (985) 853-2343, belonging to Tanya Givens. (Bates nos. 023336-042255);

    h. (985) 381-4184, belonging to Marvel Francois. (Bates nos. 129125-129126, 009774-009804, 239003-239003);

    i. (985) 860-1373, belonging to Ryan Wheaten. (Bates nos. 009833-023309);

j. (678) 522-9477, belonging to Stacie Wheaten. (Bates nos. 023310-023335);

k. (985) 351-3223, belonging to Troy Smith. (Bates nos. 042256-042365);

l. (504) 991-4119, belonging to Troy Smith. (Bates nos. 042366-052432);

m. (985) 232-8638, belonging to Mary Wade. (Bates nos. 191378-191416);

n. (985) 575-2809, belonging to Keyeontae Wheaten (Bates no. 239051);

o. (985) 360-8268 belonging to Judy Williams (Bates no. 255547);

p. (985) 860-4199 belonging to Lucinda Thomas (Bates nos. 239052-255292);

q. (504) 722-4444, belonging to Jason Giles. (Bates nos. 158866-191377); and

r. (504) 909-6047, belonging to Anthony Milazzo. (Bates nos. 129165-158865).

2. Extraction report from FBI search of telephone belonging to Damien Labeaud. (Bates nos. 000714-008815).

3. Text messages extracted by FBI from telephone belonging to Patrick Keating. (Bates nos. 069892-069909; 239030-239045).

## II. PHOTOGRAPHS/VIDEO AND POLICE REPORTS

4. The State of Louisiana Uniform Motor Vehicle Traffic Crash Reports for the following dates are authentic and are hereby admitted without objection:

    a. April 7, 2016 (Bates nos. 084474-084480);

    b. April 27, 2017 (Bates nos. 122200-122206);

    c. May 17, 2017 (Bates nos. 054771-054777; 055751-055757); and

    d. June 6, 2017 (Bates nos. 070645-070653; 255581-255588).

5. The following photographs and videos are hereby admitted into evidence without objection and are true, fair, and accurate depictions of the events contained therein:

a. Photographs taken on or about April 7, 2016, involving the collision between the GMC Yukon and the Peterbilt tractor-trailer (Bates nos. 069634-069650);

b. Photographs taken by insurance adjuster Kevin Glidewell, involving the collision between the Ford F-150 and the Freightliner tractor-trailer (Bates no. 194109-194173);

c. Surveillance video copied on or about May 18, 2017, by insurance adjuster Kevin Glidewell, obtained from StudeioWTA, which depicts the events immediately before the collision on May 17, 2017, involving the Ford F-150 and the Freightliner tractor-trailer (Bates no. 052850);

d. Photographs taken on or about May 17, 2017, involving the collision between the Dodge Durango and the Peterbilt tractor-trailer (Bates no. 055750); and

e. That the photographs taken on or about June 6, 2017, of the Chevrolet Avalanche and Silverado truck owned by Mario Solomon (Bates nos. 069925-069927; 070675-070679).

6. The New Orleans Police Department ("NOPD") body worn camera and dash camera videos on the following dates are authentic NOPD records. The defendant retains her right to challenge the admissibility of these videos on other grounds:

   a. April 7, 2016 (Bates nos. 069622-069624);

   b. April 27, 2017 (Bates nos. 121885-121885);

   c. May 17, 2017 (Bates nos. for F-150: 054765, 054778, Bates nos. for Durango 055759-055760); and

   d. June 6, 2017 (Bates no. 070643-070644).

### III. PETITIONS FOR DAMAGES AND DEPOSITIONS

7. The petitions for damages filed on or about the following dates for the following individuals are authentic and are hereby admitted without objection:

    a. April 6, 2017 on behalf of Florence Randle, CS, and DW (Bates nos. 069454-069467);

    b. April 26, 2018 on behalf of on behalf of Keyeontae Wheaten and Herbert Diggs (125542-125551)

    c. March 28, 2018, on behalf of Dakota Diggs (Bates nos. 052455-052463);

    d. May 17, 2018, on behalf of Ryan Wheaten (Bates nos. 052464-052473);

    e. May 17, 2018, on behalf of Henry Randle (Bates nos. 052474-052782);

    f. May 17, 2018, on behalf of Troy Smith and Bernell Gale (Bates nos. 055979-055984);

    g. May 17, 2018, on behalf of Marvel Francois (Bates nos. 055961-55968-055972);

    h. March 6, 2018, on behalf of Judy Williams and Mary Wade (Bates nos. 070662-070669); and

    i. June 5, 2018, on behalf of Lucinda Thomas (Bates nos. 070654-070661).

8. The transcripts for depositions taken on the following dates of the following individuals are authentic and are hereby admitted without objection:

    a. Florence Randle deposition taken on 07/25/2018 (Bates nos. 069590-069621);

    b. Troy Smith deposition taken on 05/09/2019 (Bates nos. 055777-055797);

    c. Lucinda Thomas depositions taken on 09/13/2018 and 04/09/2019 (Bates nos. 070008-070060; 070363-070467);

    d. Mary Wade deposition taken on 09/13/2018 (Bates nos. 070061-070093); and

    e. Judy Williams deposition taken on 04/09/2019 (Bates nos. 070264-070299).

## V. KING FIRM BUSINESS RECORDS

9. That the client intake sheets from the King Firm, LLC are admitted as business records without objection. (Bates nos. 126008-126031, 125366-125381).

## VI. CHECKS

10. The bank records from Hancock Whitney Bank (Bates nos. 070737 - 072777), IberiaBank (Bates nos. 072778 – 078682; 094174-094859), and First Bank & Trust (Bates nos. 094860 – 121879) are admitted as in globo business records without objection.

11. That the National Union Fire Insurance Company of Pittsburgh bank records from JP Morgan Chase are admitted as business records without objection. (Bates nos. 054763-054764).

**READ AND APPROVED:**

_\[signature\] 11/22/22_
MARIA CARBONI    (Date)
BRIAN M. KLEBBA
EDWARD RIVERA
Assistant United States Attorneys

_\[signature\] 11/22/22_
FRANK DESALVO    (Date)
Counsel for Florence Randle