UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| FLORENCE RANDLE | VIOLATION:   18:371, 18:1341, & 2 |

### NOTICE OF REARRAIGNMENT

Take Notice that this criminal case has been SET for REARRAIGNMENT as to defendant, Florence Randle, on **NOVEMBER 29, 2022 at 1:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: November 28, 2022 | CAROL L. MICHEL, Clerk of Court |
| TO: | by: **Cherie Charles for Sherry Adams, Case Manager** |
| **Florence Randle (On Bond)** | |
| Counsel for Defendant: | AUSA: |
| Frank G. DeSalvo | MARIA M. CARBONI |
| frankd@fdesalvo.com | BRANDON LONG |
| | BRIAN M. KLEBBA |
| | EDWARD J. RIVERA |
| | |
| | U.S. Marshal |
| | |
| | U.S. Probation Office - U.S. Pretrial Services |
| | |
| | FOREIGN LANGUAGE INTERPRETER: |
| | |
| | None |