UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| FLORENCE RANDLE | VIOLATION:   18:371, 18:1341, & 2 |

## NOTICE OF SENTENCING

Take Notice that this criminal case has been SET for SENTENCING on **MARCH 1, 2023 at 9:30 a.m.** as to defendant Florence Randle, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: November 30, 2022

TO:

**Florence Randle (On Bond)**
<u>Counsel for Defendant:</u>
Frank G. DeSalvo
frankd@fdesalvo.com

CAROL L. MICHEL, Clerk of Court

by:   **Sherry Adams**
        **Case Manager**

<u>AUSA:</u>
MARIA M. CARBONI
BRANDON LONG
BRIAN M. KLEBBA
EDWARD J. RIVERA

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

FOREIGN LANGUAGE INTERPRETER:

  NONE