UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-22 |
| v. | * | SECTION: "H" |
| FLORENCE RANDLE | * | |

\* \* \*

**ORDER**

Considering the unopposed motion to continue sentencing;

**IT IS ORDERED** that the sentencing in the above-captioned matter presently scheduled for March 1, 2023 is hereby **CONTINUED** until the 26th day of April, 2023, at 9:30am.

New Orleans, Louisiana, this 28th day of February, 2023.

HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE