**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                                CRIMINAL NO. 22-22

VERSUS                                                             SECTION "H"(3)

FLORENCE RANDLE                                           VIOLATION:     18:371, 18:1341, & 2

<u>RE-NOTICE OF SENTENCING</u> (from 3/1/23)

Take Notice that this criminal case has been RESET for SENTENCING on **APRIL 26, 2023 at 9:30 a.m.** as to defendant Florence Randle, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: February 28, 2023                                CAROL L. MICHEL, Clerk of Court

TO:                                                                    by:   **Sherry Adams**
                                                                                **Case Manager**
**Florence Randle (On Bond)**
<u>Counsel for Defendant:</u>                              <u>AUSA:</u>
Frank G. DeSalvo                                          MARIA M. CARBONI
frankd@fdesalvo.com                                  BRANDON LONG
                                                                         BRIAN M. KLEBBA
                                                                         EDWARD J. RIVERA

                                                                         U.S. Marshal

                                                                         U.S. Probation Office - U.S. Pretrial Services

                                                                         FOREIGN LANGUAGE INTERPRETER:

                                                                           <u>NONE</u>