UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| | * | |
| **VERSUS** | * | **NO. 22-22** |
| | * | |
| **FLORENCE RANDLE** | * | **SECTION: "H"** |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

**EXHIBIT A** is the medical records of Florence Randle from Terrebonne General Medical Center.

Respectfully submitted,

FRANK G. DESALVO, APLC

BY: /s/ Frank G. DeSalvo
SHANNON R. BOURGEOIS-#30033
739 Baronne Street
New Orleans, Louisiana 70113
Telephone:    (504) 524-4191
Facsimile:    (504)821-0036
Attorney for Florence Randle

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maria Carboni, Assistant United States Attorneys, 650 Poydras Street, 16th Floor New Orleans, Louisiana 70130.

/s/ Frank G. DeSalvo
FRANK G. DESALVO