MINUTE ENTRY
MILAZZO, J.
MAY 17, 2023

JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 22-22

FLORENCE RANDLE                              SECTION "H"

**HEARING**
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:        Sherry Adams
COURT REPORTER:      Toni Tusa
LAW CLERK:           Kennedy Beal

APPEARANCES:         Maria M. Carboni, for Government
                     Frank G. DeSalvo, for Defendant
                     Florence Randle, Defendant
                     Danielle Robinson, U.S. Probation Officer

Court begins at 10:45 a.m.
Counsel appear for the record.
This matter came for Sentencing on this date.
Counsel for Defendant and the Government conferred with the Court off the record.
All counsel and the Court agree to continue the sentencing date to allow Ms. Randle
to be evaluated by Dr. John Thompson at Tulane.
Sentencing will be RESET once the competency evaluation is completed.
The defendant was released on original bond.
Court adjourned at 11:00 a.m.