UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-22 |
| v. | * | SECTION: "H" |
| FLORENCE RANDLE | * | |
| | * | |
| | * | |

\* \* \*

**UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM TO SCHEDULE STATUS CONFERENCE**

NOW INTO COURT, comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully requests a Status Conference with the Court in the above referenced case.

I.

On November 29, 2022, the defendant pled guilty to Conspiracy to Commit Mail Fraud, in violation of Title 18, United States Code, Sections 371. (Rec. Doc. 250). A sentencing hearing was set for May 17, 2023. Prior to the commencement of the sentencing date, counsel for the defendant proposed that the defendant be evaluated for competency. Counsel for the Government, counsel for the defendant, and the Court agreed to continue the sentencing date to allow Ms. Randle to be evaluated by Dr. John Thompson at Tulane. (Rec. Doc. 335). The defendant was to remain on bond pending sentencing. (*Id.*).

II.

On August 9, 2023, the undersigned United States Attorney contacted Dr. Thompson to request an update on when his report would be completed, and Dr. Thompson stated that he was

unaware that any evaluation had been ordered. At this time, the Government respectfully requests the opportunity to discuss the defendant's mental health evaluation with the Court. The Government has spoken with counsel for the defendant, Frank DeSalvo, who does not oppose the instant request.

**WHEREFORE**, for the foregoing reasons, the United States of America, respectfully requests that this Honorable Court schedule a status conference.

    Respectfully submitted,

    DUANE A. EVANS
    UNITED STATES ATTORNEY

    */s/ Maria M. Carboni*
    MARIA M. CARBONI (Mass. Bar No. 673658)
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, LA  70130
    Telephone:  (504) 680-3154
    E-Mail: maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

    */s/ Maria M. Carboni*
    MARIA M. CARBONI
    Assistant United States Attorney