UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-22 |
|---|---|---|
| v. | * | SECTION: "H" |
| FLORENCE RANDLE | * | |
| | * | |
| | * | |
| | * | |

\* \* \*

**ORDER**

Consider the Government's foregoing Motion to Schedule a Status Conference;

**IT IS HEREBY ORDERED** that a status conference be and is scheduled on August 15, 2023 at 2:00p.m.

New Orleans, Louisiana, this <u>10th</u> day of <u>August</u>, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE