UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 22-22** |
| **FLORENCE RANDLE** | **SECTION: "H"** |

### ORDER

On May 17, 2023, the Court ordered a competency evaluation of Defendant Florence Randle (Doc. 335).

Accordingly;

**IT IS ORDERED** that a competency evaluation of the Defendant Florence Randle be conducted by Dr. John Thompson, MD at Tulane University School of Medicine.

**IT IS FURTHER ORDERED** that defense counsel immediately make arrangements with Dr. Thompson for the evaluation.

**IT IS FURTHER ORDERED** that Dr. Thompson shall issue a report pursuant to the provisions of 18 U.S.C. § 4247 (b) and (c), specifically addressing:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that Dr. Thompson shall file the written report with the Court by October 16, 2023, and shall provide copies of the report to the attorney for the government and counsel for the defendant.

**IT IS FURTHER ORDERED** that the sentencing hearing will be **RESET** following completion of the competency evaluation.

New Orleans, Louisiana, on this 15th day of August, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**