UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 22-22** |
| **FLORENCE RANDLE** | **SECTION: "H"** |

## ORDER

On August 15, 2023, the Court ordered a competency evaluation of Defendant Florence Randle be conducted by Dr. John Thompson, MD at Tulane University School of Medicine (Doc. 355). The Court received Dr. Thompson's competency evaluation of Defendant Florence Randle on September 15, 2023.

Accordingly;

**IT IS ORDERED** Defendant Florence Randle's Sentencing Hearing is **RESET** for the 13th day of December, 2023, at 9:30 a.m.

New Orleans, Louisiana, this 20th day of September, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**