UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| | * | |
| **VERSUS** | * | **NO. 22-22** |
| | * | |
| **FLORENCE RANDLE** | * | **SECTION: "H"** |

## ORDER

Consider the defendant's foregoing Motion to Schedule a Telephone Status Conference;

**IT IS HEREBY ORDERED** that a telephone status conference be and is **SET** for the 19th day of October, 2023, at 3:00 p.m. Counsel must call the conference line at (888) 273-3658 and use access code 1304800.

New Orleans, Louisiana, this 16th day of October, 2023.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**