MINUTE ENTRY
MILAZZO, J.
October 19, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-22** |
| **FLORENCE RANDLE** | **SECTION: "H"** |

## MINUTE ENTRY

On October 19, 2023, the Court held a telephone status conference. Maria Carboni and Edward Rivera participated on behalf of the Government. Frank DeSalvo participated on behalf of Defendant. The parties discussed the Defendant's competency evaluation conducted by Dr. John Thompson, MD at Tulane University School of Medicine.

Considering the discussion and the reasons stated in the conference;

**IT IS HEREBY ORDERED** that a Competency Hearing be **SET** for the 13th day of December 2023, at 10:30 a.m. Defendant's Sentencing Hearing presently set for December 13, 2023, at 9:30 a.m. is hereby **CONTINUED** to the 13th day of December 2023, at 10:30 a.m.



(JS-10:07)