**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| FLORENCE RANDLE | VIOLATION:   18:371, 18:1341, & 2 |

**NOTICE OF SENTENCING & COMPETENCY HEARING**

Take Notice that this criminal case has been SET for a COMPETENCY HEARING & SENTENCING on **DECEMBER 13, 2023 at 10:30 a.m.** as to defendant Florence Randle, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: October 20, 2023                                   CAROL L. MICHEL, Clerk of Court

TO:                                                                      by:   **Sherry Adams, Case Manager**

**Florence Randle (On Bond)**                           AUSA:
                                                                             MARIA M. CARBONI
<u>Counsel for Defendant:</u>                                 BRANDON LONG
Frank G. DeSalvo                                              BRIAN M. KLEBBA
frankd@fdesalvo.com                                       EDWARD J. RIVERA

                                                                             U.S. Marshal

                                                                             U.S. Probation Office - U.S. Pretrial Services

                                                                             FOREIGN LANGUAGE INTERPRETER:

                                                                               <u>NONE</u>