MINUTE ENTRY
MILAZZO, J.
DECEMBER 13, 2023

JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| FLORENCE RANDLE | SECTION "H" |

**COMPETENCY HEARING & SENTENCING**
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Jodi Simcox |
| LAW CLERK: | Emmy Schroeter |
| | |
| APPEARANCES: | Maria M. Carboni & Edward J. Rivera, for Government |
| | Frank G. DeSalvo, for Defendant |
| | Florence Randle, Defendant |
| | Danielle Robinson, U.S. Probation Officer |

Court begins at 11:02 a.m.
Counsel appear for the record.
This matter is before the Court for a Competency and Sentencing Hearing.
On November 29, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
The parties Stipulate to the competency evaluation performed by Dr. John Thompson.
The Court finds that the defendant is competent for Sentencing.
The Court rules on objections as to the Presentence Report.
Defendant and her counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 7-10 of the Indictment are dismissed.
Defendant was released on Probation.
Restitution Ordered.
See Judgment and Commitment Order.
Court adjourned at 11:17 a.m.