MINUTE ENTRY
NORTH, M.J.
APRIL 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-22 |
| FLORENCE RANDLE | SECTION: H |

An initial appearance on a Probation Violation was set this date before United States Magistrate Judge Michael B. North.

PRESENT: Maria Carboni, Asst. U.S. Attorney
Frank G. Desalvo, Defendant Counsel for Appointment

The defendant was not present due to medical issues.

Based upon previous appointment, **IT IS ORDERED** that the Office of the Federal Public Defender is directed to appoint counsel to represent the defendant.

**IT IS FURTHER ORDERED** that the initial appearance is **CONTINUED** to April 12, 2024 at 9:15 a.m. before the Duty Magistrate. At the request of counsel, the detention hearing will be held on April 12, 2024 at 9:15 a.m.

Defendant will remain in the custody of the U.S. Marshal until the initial appearance and detention hearing are held.

MJSTAR: 00:03

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE