UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 22-22** |
| v. | * | **SECTION: "H"** |
| **FLORENCE RANDLE** | * | |
|    a/k/a "Florence Diggs" | | |
|    a/k/a "Florence Wheaten" | * | |
|    a/k/a "Florence Sims" | | |
|    a/k/a "Wankie" | * | |
|    a/k/a "Winkie" | | |
| | *   *   * | |

## RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, who respectfully represents:

I.

On December 13, 2023, the defendant, Florence Randle, was sentenced to 24 months of Probation for violating Title 18, United States Code, Section 371, Conspiracy to Commit Mail Fraud. (*See* Rec. Doc. No. 379).  This conviction was based on a scheme to stage collisions with tractor-trailers, seek medical treatment, and file false insurance claims.  The Defendant's term of probation for this offense commenced on December 13, 2023.  (Rec. Doc. 383).

II.

On March 6, 2024, Senior U.S. Probation Officer Johnny Alexander filed a Petition for Warrant or Summons for Offender Under Supervision ("Petition") with this Court. (Rec. Doc. 383).  In the Petition, Officer Alexander alleges that Randle violated certain conditions of her probation.  According to the Petition:

> Ms. Randle failed to pay her court-ordered restitution for January through March 2024, and is currently $150.00 in arrears of her

minimum payment. According to the Clerk's records, the remaining restitution balance is approximately $63,508.00. Ms. Randle has also failed to pay the special assessment fee of $100.00.

Ms. Randle failed to follow the instructions of the probation officer. On January 3, 2024, Ms. Randle was instructed to report to the probation office for a noncompliance meeting, and she failed to report as instructed.

Ms. Randle failed to comply with the location monitoring program requirements and instructions. On December 22, 2023, Ms. Randle received location monitoring orientation. USPO Alexander reviewed each item of the location monitoring program participant's agreement and acknowledged understanding by signing the agreement form. As court-ordered, Ms. Randle was placed on home detention. She was informed of the home detention residence restrictions, except for employment, education, religious services, medical, substance abuse and mental health treatment, attorney visits, and court appearances. The consequences of noncompliance were explained, and she was instructed on how to obtain a leave schedule. Ms. Randle was advised that all leave schedules must be approved in advance prior to travel. Ms. Randle was also given instructions on how to charge her global positioning system (GPS) ankle monitoring tracking device. She was reminded to charge the GPS tracking device for no less than two hours each day to maintain a fully charged battery.

On December 26, 2023, the electronic monitoring alert system reported that Ms. Randle was not charging the GPS tracking device due to low battery usage. Upon receipt of the alert, USPO Alexander attempted to contact Ms. Randle by telephone, but was not successful. USPO Alexander contacted Ms. Randle's daughter via telephone, and she was instructed to assist her mother by charging the GPS tracking battery. Ms. Randle was verbally reprimanded for not charging the GPS tracking device as instructed.

On February 27, 2024, the electronic monitoring alert system reported that Ms. Randle left her residence earlier than the required scheduled tie to leave to attend her medical appointments. Ms. Randle's medical appointment was scheduled at 1:45 p.m., and she left her residence at 12:15 p.m. The electronic monitoring center called Ms. Randle via telephone to inquire about her whereabouts. She became upset and stated she was going to blow her brains out if the monitoring kept calling her. Due to Ms. Randle's suicidal thoughts, she was removed from the monitoring center. Ms. Randle is currently enrolled in mental health treatment at South Central Louisiana Human Services. USPO Alexander immediately

informed the mental health treatment provider of Ms. Randle's suicidal thoughts.

On March 2, 2024, the electronic monitoring alert system reported that Ms. Randle sent a text message requesting to leave her residence to go grocery shopping. However, it was denied because of Ms. Randle's continued noncompliance with the location monitoring program. Ms. Randle was instructed to seek assistance from her daughter to purchase groceries. Ms. Randle became upset and stated, "No one is going to stop me from going grocery shopping." The GPS data showed Ms. Randle traveled to gas stations, retail stores, fast food restaurants, and the Lafourche Mortgage and Loan office without prior approval.

III.

On or about April 8, 2024, Randle appeared before United States Magistrate Judge Michael B. North for an initial appearance on the March 6, 2024 Petition.[1] Judge North continued the initial appearance and set the detention hearing for April 12, 2024. Judge North ordered that Randle be remanded to the custody of the U.S. Marshals until the initial appearance and detention hearing are held. (Rec. Doc. 386).

---

[1] United States Probation Officer Alexander has informed the Undersigned that, in between the issuance of the Petition on March 6, 2024 and her appearance in court on April 8, 2024, Randle accrued additional probation violations, including failure to attend mental health treatment and failure to make additional restitution payments.

**WHEREFORE**, the government prays that the defendant, Florence Randle, be brought before this Court and a copy of this Rule be served upon her, and that she be ordered to show cause before this Court why her probation should not be revoked.

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY

        *s/Maria M. Carboni*
        MARIA M. CARBONI
        Assistant United States Attorney
        U.S. Attorney's Office (E.D. La.)
        MA Bar Bar Roll No. 673658
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3154
        Maria.carboni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

        *s/ Maria M. Carboni*
        MARIA M. CARBONI
        Assistant United States Attorney