UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 22-22 |
| FLORENCE RANDLE | * | SECTION: "H" |

## MOTION TO CONTINUE DETENTION HEARING

NOW INTO COURT, comes defendant, Florence Randle, who through undersigned counsel moves this Honorable Court to continue the detention hearing of this matter presently set on April 12, 2024, for the following reasons:

1.

Counsel for Ms. Randle requires additional time to properly prepare to present evidence on her behalf.

2.

Witnesses need to be interviewed and prepared to testify.

3.

The Government, through AUSA Maria Carboni, has been contacted and has advised the undersigned that there are no objections to the requested continuance.

WHEREFORE, for the reasons stated herein, defendant, Florence Randle, respectfully requests that the detention hearing in the above-captioned matter be continued.

Respectfully submitted this 11th day of April, 2024.

FRANK G. DESALVO, APLC

/s/ Frank G. DeSalvo
FRANK G. DESALVO, APLC
739 Baronne Street
New Orleans, LA 70113
Telephone: (504) 524-4191
Facsimile: (504) 822-0036

CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Maria Carboni, Assistant United States Attorneys, 650 Poydras Street, 16th Floor New Orleans, Louisiana 70130.

/s/ Frank G. DeSalvo
FRANK G. DESALVO