MINUTE ENTRY
MILAZZO, J.
April 11, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 22-22** |
| **FLORENCE RANDLE** | **SECTION: "H"** |

## MINUTE ENTRY

On April 11, 2024, the Court held a status conference. Maria Carboni participated on behalf of the Government. Frank DeSalvo participated on behalf of Defendant Florence Randle. Senior U.S. Probation Officer Johnny Alexander participated on behalf of the U.S. Probation Office. The parties discussed issues regarding the Government's Rule to Revoke Probation (Doc. 391).

(JS-10:27)