UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO. 22-22** |
| v. | \* | SECTION: "H" |
| **FLORENCE RANDLE**<br>  a/k/a "Florence Diggs"<br>  a/k/a "Florence Wheaten"<br>  a/k/a "Florence Sims"<br>  a/k/a "Wankie"<br>  a/k/a "Winkie" | \*<br><br>\*<br><br>\* | |

\*   \*   \*

# O R D E R

Considering the foregoing Rule to Revoke Probation;

**IT IS HEREBY ORDERED** that the Defendant, Florence Randle, appear before this Court on the 17th day of April, 2024, at 8:30 a.m. to show cause why her probation should not be revoked.

New Orleans, Louisiana, this 11th day of April, 2024.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE