UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-22 |
| VERSUS | SECTION "H"(3) |
| FLORENCE RANDLE | VIOLATION:    18:371, 18:1341, & 2 |

## NOTICE OF REVOCATION HEARING

Take Notice that this criminal case has been SET for a Revocation Hearing on **APRIL 17, 2024, at 8:30 a.m.** as to defendant Florence Randle, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: April 11, 2024 | CLERK OF COURT, CAROL L. MICHEL |
| TO: | By:   **Sherry Adams, Case Manager** |
| **Florence Randle (In Custody)** | AUSA:<br>MARIA M. CARBONI |
| Counsel for Defendant: | BRIAN M. KLEBBA |
| Frank G. DeSalvo | EDWARD J. RIVERA |
| frankd@fdesalvo.com | maria.carboni@usdoj.gov |
| | U.S. Marshal |
| | U.S. Probation Office - U.S. Pretrial Services |
| | FOREIGN LANGUAGE INTERPRETER: |
| | _ NONE_ |