**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET** |
| | * | |
| **VERSUS** | * | **NO. 22-22** |
| | * | |
| **FLORENCE RANDLE** | * | **SECTION: "H"** |

## ORDER

Considering the foregoing Unopposed Motion to Continue;

**IT IS HEREBY ORDERED** that the initial appearance and detention hearing set for April 12, 2024, before Magistrate Judge North is **CONTINUED** and **RESET** for Wednesday, April 17, 2024, at 8:30 a.m. before Judge Jane Triche Milazzo, to take place before the Probation Revocation Hearing now set for the same date and time.

New Orleans, Louisiana, this 12th day of April 2024.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE