AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br><br> FLORENCE RANDLE <br> a/k/a Florence Diggs, a/k/a Florence Wheaten, <br> a/k/a Florence Sims, a/k/a Wankie, a/k/a Winkie | **JUDGMENT IN A CRIMINAL CASE** <br> **(For Revocation of Probation)** <br><br> Case No.       22-22 "H" <br> USM No.      31194-034 <br><br> Frank G. DeSalvo <br> _Defendant's Attorney_ |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

☒  was found in violation of condition(s) count(s)   Mandatory, Standard & Special   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation |
|---|---|
| Mandatory Condition | Ms. Randle failed to pay her court-ordered restitution for January through March 2024, and is currently $150.00 in arrears of her minimum payment. According to the Clerk's records, the remaining restitution balance is approximately $63,508.00. Ms. Randle has also failed to pay the special assessment fee of $100.00. |
| Standard Condition | Ms. Randle failed to follow the instructions of the probation officer. On January 3, 2024, Ms. Randle was instructed to report to the probation office for a noncompliance meeting, and she failed to report as instructed. |

***ADDITIONAL VIOLATIONS ON PAGE 2***

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7988

Defendant's Year of Birth:  1951

City and State of Defendant's Residence:
Gibson, Louisiana

April 17, 2024
Date of Imposition of Judgment

_/s/ Jane Triche Milazzo_
Signature of Judge

Jane Triche Milazzo, United States District Judge
Name and Title of Judge

April 18, 2024
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case for Revocation
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT:        FLORENCE RANDLE
CASE NUMBER:   22-22 "H"

| Violation Number | Nature of Violation |
|---|---|
| Special Condition | Ms. Randle failed to comply with the location monitoring program requirements and instructions. On December 22, 2023, Ms. Randle received location monitoring orientation. USPO Alexander reviewed each item of the location monitoring program participant's agreement and acknowledged understanding by signing the agreement form. As court-ordered, Ms. Randle was placed on home detention. She was informed of the home detention residence restrictions, except for employment, education, religious services, medical, substance abuse and mental health treatment, attorney visits, and court appearances. The consequences of noncompliance were explained, and she was instructed on how to obtain a leave schedule. Ms. Randle was advised that all leave schedules must be approved in advance prior to travel. Ms. Randle was also given instructions on how to charge her global positioning system (GPS) ankle monitoring tracking device. She was reminded to charge the GPS tracking device for no less than two hours each day to maintain a fully charged battery. |
| Special Condition | On December 26, 2023, the electronic monitoring alert system reported that Ms. Randle was not charging the GPS tracking device due to low battery usage. Upon receipt of the alert, USPO Alexander attempted to contact Ms. Randle by telephone, but was not successful. USPO Alexander contacted Ms. Randle's daughter via telephone, and she was instructed to assist her mother by charging the GPS tracking battery. Ms. Randle was verbally reprimanded for not charging the GPS tracking device as instructed. |
| Special Condition | On February 27, 2024, the electronic monitoring alert system reported that Ms. Randle left her residence earlier than the required scheduled tie to leave to attend her medical appointments. Ms. Randle's medical appointment was scheduled at 1:45 p.m., and she left her residence at 12:15 p.m. The electronic monitoring center called Ms. Randle via telephone to inquire about her whereabouts. She became upset and stated she was going to blow her brains out if the monitoring kept calling her. Due to Ms. Randle's suicidal thoughts, she was removed from the monitoring center. Ms. Randle is currently enrolled in mental health treatment at South Central Louisiana Human Services. USPO Alexander immediately informed the mental health treatment provider of Ms. Randle's suicidal thoughts. |
| Special Condition | On March 2, 2024, the electronic monitoring alert system reported that Ms. Randle sent a text message requesting to leave her residence to go grocery shopping. However, it was denied because of Ms. Randle's continued noncompliance with the location monitoring program. Ms. Randle was instructed to seek assistance from her daughter to purchase groceries. Ms. Randle became upset and stated, "No one is going to stop me from going grocery shopping." The GPS data showed Ms. Randle traveled to gas stations, retail stores, fast food restaurants, and the Lafourche Mortgage and Loan office without prior approval. |

Judgment — Page 3 of 3

DEFENDANT: FLORENCE RANDLE
CASE NUMBER: 22-22 "H"

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

3 months, with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL